UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>THERMO KING CHRISTENSEN, INC., *et al.*,<br><br>         Defendants. | Case No.  1:25-cv-00247-KES-CDB<br><br>ORDER ON SECOND STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 7) |

Pending before the Court is the parties' second joint stipulated request to continue the scheduling conference, from June 26, 2025, to a date after the parties' mediation, currently scheduled for August 15, 2025.  (Doc. 7).  The parties stipulate to continue the scheduling conference to allow them to prioritize ongoing settlement discussions.  (*See id.*).

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for June 26, 2025 (Doc. 6), is continued to **August 29, 2025, at 9:00 AM**.  The parties are DIRECTED to file a joint scheduling report one (1) full week prior to the scheduling conference (*i.e.*, no later than August 22, 2025) in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference.  (*See* Doc. 2).

IT IS SO ORDERED.

Dated:   **June 10, 2025**

UNITED STATES MAGISTRATE JUDGE